```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VANESSA JIMENEZ,

                Plaintiff,            22-cv-4567 (JGK)

     - against -                ORDER

HABITUAL INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendant on June 15, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was July 6, 2022.

    The time to respond to the complaint is extended to **August 15, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

    The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of service by **July 22, 2022**.

SO ORDERED.
Dated:    New York, New York
           July 14, 2022

                                              John G. Koeltl
                                  United States District Judge